IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| In re RECIPROCAL OF AMERICA (ROA) SALES PRACTICES LITIGATION | ) ) ) ) ) ) ) Master File No. 04-MD-1551  The Honorable J. Daniel Breen |

This Document Relates To:

*Crenshaw Community Hosp., et al. v. General Reinsurance Corp., et al.,* No. 03-CV-2696
*Gateway Regional Health Sys., Inc. v. General Reinsurance Corp.*, *et al.,* No. 04-CV-2936
*Delta Regional Medical Center, et al. v. General Reinsurance Corp.*, *et al.,* No. 06-CV-2155
*Murray Calloway County Hospital v. General Reinsurance Corp., et al.,* No. 06-CV-2676

### UNOPPOSED MOTION OF DEFENDANTS PRICEWATERHOUSECOOPERS LLP AND MILLIMAN INC. FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED, RESTATED & CONSOLIDATED COMPLAINT

Defendants PricewaterhouseCoopers LLP, Gary R. Stephani, Milliman, Inc., and Robert L. Sanders (collectively, "Defendants") respectfully submit this unopposed motion for an extension of time to respond to the Hospital Policyholder Plaintiffs' Second Amended, Restated & Consolidated Complaint ("Complaint"). No party opposes this relief, as set forth in the attached Certificate of Consultation.

The Complaint was filed on July 1, 2011. Defendants intend to move to dismiss all claims asserted against them in the Complaint. The Amended Case Management Order in this action provides that motions brought in lieu of an Answer must be filed within 45 days of the filing of an amended complaint. *See* Doc. No. 274, ¶ 5(b)(iii). Therefore, Defendants' motions to dismiss would ordinarily be due on August 15, 2011.

Hospital Policyholder Plaintiffs and Defendants have agreed to participate in mediation in an effort to resolve the claims asserted in the Complaint. The mediation is scheduled for

-1-

-2-

September 1, 2011.  If the mediation is successful, it will not be necessary to incur the time and expense of briefing and responding to motions to dismiss.  In light of this, the parties have agreed to extend the deadline for Defendants to file their respective motions to dismiss to October 28, 2011.

THEREFORE, Defendants respectfully request that the Court extend the time for Defendants PricewaterhouseCoopers LLP, Gary R. Stephani, Milliman, Inc., and Robert L. Sanders to respond to the Complaint to October 28, 2011.

Dated: July 13, 2011                                             Respectfully submitted,

| MILLIMAN, INC. | PRICEWATERHOUSECOOPERS LLP |
|---|---|
| By:  __/s/ R. Timothy Muth (by permission)__<br>         R. Timothy Muth<br>Stephen T. Jacobs<br>Willem T. Noorlander<br>REINHART BOERNER VAN DEURAEN, S.C.<br>1000 North Water Street, Suite 2100<br>Milwaukee, Wisconsin  53202<br>email:  tmuth@reinhartlaw.com<br>sjacobs@reinhartlaw.com<br>wnoorlander@reinhartlaw.com<br>Tel:  (414) 298-1000<br><br>*Attorneys for Defendants Milliman, Inc. and Robert L. Sanders* | By:  __/s/ James P. Cusick_____<br>         James P. Cusick<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>email: jcusick@kslaw.com<br>Tel: (212) 556-2179<br><br>Meredith Moss<br>1700 Pennsylvania Avenue, NW<br>Washington, D.C.  20006<br>email:  mmoss@kslaw.com<br>Tel:  (202) 626-2916<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Richard W. Mark<br>200 Park Avenue<br>New York, NY 10166-0193<br>email:  rmark@gibsondunn.com<br>Tel:  (212) 351-3818<br><br>*Attorneys for Defendants PricewaterhouseCoopers LLP and Gary R. Stephani* |